**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **VANESSA MCELWAIN, ON BEHALF OF** ) | |
| **HERSELF AND THOSE SIMILARLY** ) | |
| **SITUATED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **1:14-cv-02763-MHC** |
| ) | |
| **BUTH-NA-BODHAIGE, INC. D/B/A** ) | |
| **THE BODY SHOP,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND
ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to the Court's August 17, 2015 Order, Plaintiffs Vanessa
McElwain, Andre Atchison, LaShanda Holt, Elgena Lyles, Nzinga Miller-S and
Larion Downs, and Defendant Buth-Na-Bodhaige, Inc. d/b/a/ The Body Shop
(collectively "the Parties"), hereby submit copies of the settlement agreements
entered into by the Parties in this case, which are attached hereto as Exhibit A.

WHEREFORE, for all the reasons set forth in their previously-filed Joint
Motion (Doc. 23), the Parties jointly and respectfully request that this Court

approve the settlement agreements of the Parties and dismiss the instant action with prejudice.

A proposed order granting the relief requested herein is attached to this Joint Motion as Exhibit B hereto.

Respectfully submitted, this 21st day of August, 2015.

/s/ Mark Johnson
Mark Johnson
Mark M. Middleton
Gilbert, Harrell, Sumerford & Martin, P.C.
50 Hurt Plaza SE, Suite 400
Atlanta, Georgia 30303
(404) 221-2505

Kerry Alan Scanlon (admitted *pro hac vice*)
Jeremy M. White (admitted *pro hac vice*)
Kaye Scholer LLP
901 15th Street, NW
Washington, DC 20005
(202) 682-3500

*Counsel for Defendant*

/s/ C. Ryan Morgan
C. Ryan Morgan, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue, 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **VANESSA MCELWAIN, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:14-cv-02763-MHC** |
| | ) | |
| **BUTH-NA-BODHAIGE, INC. D/B/A THE BODY SHOP,** | ) ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 21, 2015, I filed the foregoing **JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** with the Clerk of Court.

/s/ Mark Johnson
Mark Johnson
Mark M. Middleton

*Counsel for Defendant*