IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VANESSA MCELWAIN ON BEHALF OF HERSELF AND ALL THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BUTH-NA BODHAIGE, INC. D/B/A THE BODY SHOP,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-2763-MHC |

# ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Order for Dismissal of Claims With Prejudice as to All Claims Alleged Against Defendant [Doc. 25] ("Joint Mot.").

The Court reviewed the Settlement Agreements and Releases [Doc. 25-1], attached as Exhibit A to the Joint Motion to determine their adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Based on its review of the parties' Settlement Agreements and Releases and the record in this case, the Court concludes: (1) the terms of the Settlement

Agreements and Releases for all parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreements and Releases were reached in an adversarial context where the parties all had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreements and Releases.  The costs of litigation, including attorneys' fees, shall be paid as stated in the Settlement Agreements and Releases.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 25], **APPROVES** the parties' Settlement Agreements and Releases, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 25th day of August, 2015.

_____
MARK H. COHEN
United States District Judge